```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    FERNANDO ARELLANO-CASTILLO
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0296-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| FERNANDO ARELLANO-CASTILLO | ) | Date:  September 29, 2008 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Frank C. Damrell, Jr. |
| _____ | ) | |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, FERNANDO ARELLANO-CASTILLO, that the status conference set for September 2, 2008 be reset for September 29, 2008 at 10:00 a.m.

This continuance is being requested because defense counsel requires additional time to continue defense investigation and to negotiate with the government.

It is further stipulated that the period from September 2, 2008 through and including September 29, 2008 should be excluded pursuant to

/ / /

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.

3  Dated:  August 28, 2008                Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6                                         /s/ Lauren Cusick
                                          LAUREN D. CUSICK
7                                         Assistant Federal Defender
                                          Attorney for Defendant
8                                         EDUARDO VARGAS-TELLEZ

9
   Dated:  August 28, 2008                MCGREGOR W. SCOTT
10                                        United States Attorney

11
                                          /s/ Lauren Cusick for
12                                        DANIEL S. McCONKIE
                                          Assistant U.S. Attorney
13                                        per telephonic authorization

14

15                            **O R D E R**

16 IT IS SO ORDERED.

17 Dated: September 2, 2008

18                                        _____
                                          FRANK C. DAMRELL, JR.
19                                        United States District Judge

20
21
22
23
24
25
26
27
28

Stip and Order/Javier Torres-Cisneros      2